

## OFFICE OF THE ERIE COUNTY DISTRICT ATTORNEY

**JOHN J. FLYNN**
DISTRICT ATTORNEY

**MICHAEL J. KEANE**
FIRST DEPUTY DISTRICT ATTORNEY

August 5, 2022

HON. JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE
ROBERT H. JACKSON UNITED STATES COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

      Re:    In re Rule 45 Subpoena Issued to
                  Erie County District Attorney's Office
                  Dated June 7, 2022
                  Case No. 22-MC-14 JLS

Dear Judge Sinatra:

      We are writing to advise the Court that the Cook County State Attorney's Office has withdrawn their subpoena dated June 7, 2022, which was the basis of the motion to quash subpoena filed by the Erie County District Attorney's Office. Attached please find the letter from the Cook County State's Attorney dated July 20, 2022 advising our office of the withdrawn subpoena.

      We thank the Court for his attention to this matter.

                  Very truly yours,

                  JOHN J. FLYNN
                  DISTRICT ATTORNEY

      By:    PAUL J. WILLIAMS, III
                  Assistant District Attorney
                  Chief, Appeals Bureau
                  Paul.Williams@erie.gov

PJW/kad
Attachment
c: David A. Adelman, Esq.